|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NUNE GABRIELIAN, | ) Case No.: CV 13-01879 DSF (CWx) |
|---|---|
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| SUNTRUST MORTGAGE, INC., and DOES 1 through 10, INCLUSIVE, | ) |
| Defendants. | ) |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the Second Amended Complaint be dismissed,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 9/30/13

_____
Dale S. Fischer
United States District Judge